WESTERN DISTRICT OF TEXAS
262 West Nueva St.
San Antonio, TX 78207

Phillip "Baby Shark" Scott #645991

V.

Ofc. Cole #3326 (Personal Capacity)
Mark Reynolds (Official Capacity)
Sheriff

FILED
APR 15 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

SA24CA0390JKP

## CIVIL RIGHTS COMPLAINT - 42 U.S.C. § 1983

To The Honorable Judge of said Court:

Before the Court P. Garland Scott Plaintiff file this his 42 U.S.C. § 1983 for the following Reasons:

## I. PARTIES

A). Mark Reynolds Sheriff Comal County, TX 3005 W. San Antonio St. New Braunfels, TX 78130

B). Ofc. Cole #3326 3000 IH 35 South New Braunfels, TX 78130

C). Phillip G. Scott #645991 3000 IH 35 South New Braunfels, TX 78130

## II. STATEMENT OF CASE & FACT

On Dec 1st, 2023 in the B6 dorm of Comal County Jail Ofc Cole participated in a shakedown. Unlike the rest of B6 dorm inmates Plaintiff was taken by Ofc. Cole & only Ofc. Cole to a secluded blind spot on B6 Dorm Rec yard where Ofc. Cole demanded I be "Strip-Searched". Again it was only Ofc Cole & myself. Plaintiff told Ofc Cole I was "uncomfortable" & asked "why I was the only one that had to be searched in this manner?" Ofc. Cole ignored my question.

I reached out to the Administration via PREA complaint & was told "This is not a PREA facility" (Exhibit A) This Lawsuit followed.

(1)

## III

Plaintiff is aware of the "Three-Strikes" which he believes is in error. Nevertheless Plaintiff claims his Statements Qualifies as a "Physical Injury"

Plaintiff Relies on <u>Liner V. Goord, 196 F.3d 132 (2d Cir. 1999)</u> where "intrusive body searches Qualify as Physical injury"

Plaintiff has been Placed in a "State of Fear" that non-compliance of Search of the body in the manner stated will be met with sanctions

Plaintiff claims his First Amendment Rights have been violated by not have PROPER Remedies or PREA complaint system and Qualifies as a "Mental Injury" which also is not barred by PRLA. <u>Rowe V. Shake, 196 F.3d 778 (7th Cir. 1999); Allah V. Al-Hafeez, 226 F.3d 247 (3d Cir. 2000)</u>

Plaintiff claims the Respondants Mark Reynolds has "Failed-to-Train" his Staff on PREA or even have a PREA complaint system at Comal County Jail! Which Puts Plaintiff in danger with No Remedy

Plaintiff claims his "exhibit A". His grievance Process is exhausted. <u>Miller V. Tanner, 196 F.3d 1190 (11th Cir. 1999); Powe V. Ennis, 177 F.3d 393 (5th Cir 1999)</u>. Plaintiff Relies on Powe "Prisoner had exhausted when told by staff no Appeal available"; <u>Pearson V. Vaughn, 102 F. Supp. 2d 282 (E.D. Pa. 2000)</u>

## IV

Plaintiff hereby incorporates by Reference that Mark Reynolds Patterns & Practices of 'Failure-To-Train' his Staff or even have a PREA system at Comal County Jail violates Plaintiff's 14th amendment Rights

Plaintiff hereby incorporates by Reference that Ofc. Cole violated Plaintiff Due Process & Equal Protection under 14th amendment "Discriminatory Harassment" of the Strip-Search procedure

# PRAYER FOR RELIEF

Respondant Mark Reynolds, Plaintiff seeks Injunction, Declaratory, & nominal damages

* Injunction & Declaratory Relief in the form of announcing "that his facility has been without redress for certain grievances that will be addressed"

* Have a Policy in place to Prevent future events of same mannerism

* Nominal damages of $4000 & Filing Fee

Respondant Ofc. Cole #3326 Plaintiff seeks Punitive & nominal damages

* Punitive damages of $6,000
* Nominal damages of $1000

Apr, 9th, 2024
Pro Sé (in Propria Persona)

Phillip G. Scott / P. Garland Scott

## CERTIFICATE OF SERVICE

I, P. Garland Scott hereby certify that on this the 9th day of Apr, 2024 a true & correct copy of the above & foregoing 42 U.S.C. § 1983 was transmitted to the office & persons of Mark Reynolds 3005 W. San Antonio St. New Braunfels, TX 78130; Ofc Cole 3000 IH 35 S. New Braunfels, TX 78130

(3)

## UNSWORN DECLARATION

I declare under Penalty of Perjury that the following is both true & correct pursuant to 28 U.S.C. 1746

Phillip G. Scott

4/9/2024

(4)

(Exhibit A)   SGT EBERT

# COMAL COUNTY JAIL - REQUEST/GRIEVANCE
(ONLY ONE REQUEST PER FORM)

NAME: Phillip "BabyShank" Scott (Exhaustion)   CELL: B6-2
PURPOSE OF FORM: (CHECK ONLY ONE)    SPN #: 645091

1. REQUEST _____   2. GRIEVANCE  X   3. MEDICAL _____   4. OTHER _____

REASON FOR REQUEST/GRIEVANCE/MEDICAL/OR OTHER (BE SPECIFIC UNLESS MEDICALLY CONFIDENTIAL) **NO PROFANITY**

(1) This an appeal to the Answer given on 3/25/2024 on the Events on Dec 3rd, 2023. I was led to the Rec Yard by Ofc. Cole and unlike everybody else I was strip searched by myself unlike everybody else. Now I know better but the Question is do you? Its no mystery or secret "I do not like Ofc. Cole because he is always talking to me" if you are not handing me a tray, any other (2) conversation is unwanted and unnecessary. Of Course, I'm going to sue him. I know better but (3) why does an alleged "PREA" complaint take 15 min to "solve" with no Questions?

INMATE SIGNATURE    DATE/TIME   JAILER SIGNATURE & BADGE #: S Holman 3425   DATE/TIME: 3/25 @ 1657

RESPONSE: 3/25/2024
(1) You can not file a grievance for something that occurred Approx 114 days ago.
(2) Ofc. Cole is an officer and will speak to all inmates
(3) This is not a PREA facility.

INMATE SIGNATURE    DATE/TIME    JAILER SIGNATURE & BADGE #    DATE/TIME

White-Inmate file when completed   Yellow-Response to inmate request   Pink-Original inmate copy