UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| PHILLIP SCOTT, <br> # 645991, <br><br> Plaintiff, <br><br> v. <br><br> COMAL COUNTY SHERIFF MARK REYNOLDS; and OFFICER F/N/U COLE, <br><br> Defendants. | § § § § § § § § § § § § §   SA-24-CV-390-JKP |

## FINAL JUDGMENT

Before the Court is the above-entitled cause. Upon review of the entire case file and this Court's Order which dismissed Plaintiff Phillip Scott's claims pursuant to the three-dismissal rule of 28 U.S.C. § 1915(g), the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS HEREBY ORDERED** that Scott's claims against Defendants, Comal County Sheriff Mark Reynolds and Officer F/N/U Cole, are **DISMISSED WITHOUT PREJUDICE** pursuant to the three-dismissal rule of 28 U.S.C. § 1915(g).

**IT IS FINALLY ORDERED** that the above-entitled cause of action is hereby **CLOSED**.

SIGNED this 22nd day of April, 2024.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE